## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pelt, Stevie

Printed: 8/21/07

Case Number: 07 B 07494
Judge: Wedoff, Eugene R
Filed: 4/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion: August 15, 2007
Confirmed:    None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | West Coast Realty Services | Secured | 0.00 | 0.00 |
| 3. | Systems & Services Technologies | Secured | 28,290.32 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 16,100.00 | 0.00 |
| 5. | West Coast Realty Services | Secured | 2,600.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 8,346.44 | 0.00 |
| 7. | Credit First | Unsecured | 76.24 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 310.61 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 490.49 | 0.00 |
| 10. | Northside "L" Credit Union | Unsecured | 4,591.11 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 670.41 | 0.00 |
| 12. | Centrix Financial A/K/A FlatIron Fin | Secured | | No Claim Filed |
| 13. | City of Harvey | Secured | | No Claim Filed |
| 14. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| 15. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | American General Finance | Unsecured | | No Claim Filed |
| 19. | Kay Jewelers | Unsecured | | No Claim Filed |
| 20. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Chicago Bureau Of Parking | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,475.62 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Pelt, Stevie

Printed:  8/21/07

Case Number:  07 B 07494
Judge:  Wedoff, Eugene R
Filed:  4/25/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    _Denise Ashley_